UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| SGP ACQUISITION, LLC, | ) ) | Case No. 04-13382 (PJW) |
| Debtor. | ) ) ) |  |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) ) ) ) ) ) ) | Civ. No. 05-_____ |
| Appellants, | ) ) |  |
| against | ) ) |  |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P; ZAPIS CAPITAL; and BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) ) ) ) ) ) ) |  |
| Appellees. | ) ) |  |

## NOTICE OF APPEAL UNDER FED. R. BANKR. P. 8001

Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC, appeal under 28 U.S.C. § 158(a) from the July 15, 2005 order (Docket No. 386) entered in the above-captioned case by the United States Bankruptcy Court for the District of Delaware, a copy of which is attached hereto as Exhibit A (the "Order"), approving a settlement agreement between SGP Acquisition, LLC ("SGP"), SGP's creditors' committee, the Provident Bank, Kimolos II, L.P., Zapis Capital and Benesch, Friedlander, Coplan & Aronoff LLP. The names of all parties to the Order

appealed from and the names, addresses, and telephone numbers of their attorneys (to the extent known) are as follows:

    1.    **SGP Acquisition, LLC:**

| | | |
|---|---|---|
| H. Jeffrey Schwartz<br>Benesch, Friedlander,<br>Coplan & Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635 | -and- | Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Hoffman<br>913 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(301) 351-8000 |

    2.    **The Creditors' Committee of SGP Acquisition, LLC:**

| | | |
|---|---|---|
| Josef S. Athanas, Esq.<br>Latham & Watkins<br>Suite 5800 Sears Tower<br>Chicago, IL 60606<br>(312) 876-7700 | -and- | Francis A. Monaco, Jr., Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162 |

    3.    **Provident Bank:**

| | | |
|---|---|---|
| Diana M. Thimmig, Esq.<br>Roetzel & Andress<br>1375 East 9th Street<br>One Cleveland Center<br>Cleveland, OH 44114<br>(216) 623-0150 | -and- | Todd C. Schiltz, Esq.<br>Wolf, Block, Schorr & Solis-Cohen<br>Wilmington Trust Center<br>1100 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 777-0312 |

**4. Kimolos II, L.P.:**

| | |
|---|---|
| Kimolos II, L.P.<br>22900 Center Ridge Road, #216<br>Rocky River, OH 44116     -and- | William E. Coughlin<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-2688<br>(216) 622-8200 |

**5. Zapis Capital:**

| | |
|---|---|
| Richard Bongorno, CFO<br>Zapis Capital Group LLC<br>26202 Detroit Road, Suite 300     -and-<br>Westlake, OH 44145 | William E. Coughlin<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-2688<br>(216) 622-8200 |

**6. Benesch, Friedlander, Coplan & Aronoff LLP**

H. Jeffrey Schwartz, Esq.
Benesch, Friedlander,
Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

**7. Office of The United States Trustee:**

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street
Lockbox #35
Wilmington, DE 19899-0035
(302) 573-6491

Dated: July 21, 2005
     Wilmington, Delaware

                               Zuckerman Spaeder LLP

                          By:   */s/ Elizabeth D. Power*
                              Thomas G. Macauley (ID No. 3411)
                              Elizabeth D. Power (ID No. 4135)
                          919 Market Street
                          Suite 990
                          Wilmington, DE 19801
                          (302) 427-0400

                          -and-

                          Schulte Roth & Zabel LLP
                          Michael L. Cook (MLC-7887)
                          David M. Hillman (DMH-8666)
                          Sophie S. Kim
                          919 Third Avenue
                          New York, New York 10022
                          (212) 756-2000

                          -and-

                          Haynsworth Sinkler Boyd, P.A.
                          Andrew J. White, Jr.
                          Jesse C. Belcher
                          75 Beattie Place
                          Two Liberty Square
                          Greenville, South Carolina 29601
                          (864) 240-3200

                          Counsel for Slazengers Limited,
                          Dunlop Slazenger International
                          Limited, Dunlop Slazenger
                          Manufacturing LLC and Dunlop
                          Sports Group Americas, Inc.