## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Case Number: **04-13382**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2900 ext. 5115
Case Type: Appeal **- AP-05-57**

### Order, Date Entered and Issues
Order Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. (Related Doc # 364) Order Signed on 7/15/2005.

| | |
|---|---|
| **Debtor:** | SGP Acquisition, LLC |
| **Counsel:** | **Frederick B. Rosner, Esq.** |
| | Jaspan Schlesinger Hoffman |
| | 913 Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 351-8000** |
| | |
| **Appellant(s):** | Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; Dunlop Slazenger Manufacturing |
| **Counsel:** | **Elizabeth D. Power, Esq.** |
| | Zuckerman Spaeder |
| | 919 Market Street, Suite 990 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 427-0400** |
| | |
| **Appellees:** | SGP Acquisition, LLC |
| **Counsel:** | **Frederick B. Rosner, Esq.** |
| | Jaspan Schlesinger Hoffman |
| | 913 Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 351-8000** |
| | |
| **Appellees:** | Creditors' Committee of SGP, Acquisition, LLC |
| **Counsel:** | **Francis A. Monaco, Jr.**, **Esq.** |
| | Monzack & Monaco, P.A. |
| | 1201 N. Orange Street, Suite 400 |
| | Wilmington, DE 19899-2031 |
| **Telephone:** | **(302) 656-8162** |

| | |
|---|---|
| **Appellees:** | Provident Bank |
| **Counsel:** | **Todd C. Schiltz, Esq.** |
| | Wolf, Block, Schorr & Solis-Cohen |
| | Wilmington Trust Building |
| | 1100 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 777-0312** |

| | |
|---|---|
| **Appellees:** | Kimolos II, L.P. |
| **Counsel:** | **William E. Coughlin, Esq.** |
| | Calfee, Halter & Griswold LLP |
| | 1400 McDonald Investment Center |
| | 800 Superior Avenue |
| | Cleveland, OH 44114-2688 |
| **Telephone:** | **(216) 622-8200** |

| | |
|---|---|
| **Appellees:** | Zapis Capital |
| **Counsel:** | **William E. Coughlin, Esq.** |
| | Calfee, Halter & Griswold LLP |
| | 1400 McDonald Investment Center |
| | 800 Superior Avenue |
| | Cleveland, OH 44114-2688 |
| **Telephone:** | **(216) 622-8200** |

| | |
|---|---|
| **Appellees:** | Benesch, Friedlander, Coplan & Aronoff LLP |
| **Counsel:** | **H. Jeffrey Schwartz** |
| | Benesch, Friedlander, Coplan & Aronoff LLP |
| | 2300 BP Tower |
| | 200 Public Square |
| | Cleveland, OH 44114-2378 |
| **Telephone:** | **(216) 363-4635** |