IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: SGP Acquisition LLC

| | | |
|---|---|---|
| Slazengers Limited et al | ) | |
| Appellant | ) | Civil Action No.  05-563 |
| v. | ) | |
| SGP Acquisition LLC et al | ) | |
| Appellee | ) | Bankruptcy Case No. 04-13382 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/15/05 was docketed in the District Court on 8/3/05:

    Order Approving Settlement Agreement Between the Debtor and Other
    Key Parties in Interest in this Chapter 11 Case.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                              Peter T. Dalleo
                                              Clerk of Court

Date:  August 3, 2005

To:    U.S. Bankruptcy Court
        Counsel