UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| SGP ACQUISITION, LLC, | ) Case No. 04-13382 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) Civ. No. 05-cv-00563-GMS |
| Appellants, | ) |
| against | ) |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P; ZAPIS CAPITAL; and BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) |
| Appellees. | ) |

## Amended Statement Pursuant to Del. Dist. LR 7.1.1

In my statement attached to the Appellants' Motion for expedited consideration of the Appeal (D.I. 5), I noted that I had spoken with counsel for SGP Acquisition, LLC ("SGP"), about the relief requested and that he was going to respond to me after reaching and conferring with his client. Since the filing of that Motion, I spoke again with counsel for SGP, who informed me SGP was planning to respond in opposition to the Motion.

Dated: August 12, 2005

/s/ Thomas G. Macauley
Thomas G. Macauley