**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 12th day of August 2005, a copy of the foregoing was sent by regular first-class mail, postage prepaid, to:

| | |
|---|---|
| Frederick B. Rosner, Esquire<br>Jaspan Schlesinger Hoffman<br>913 N. Market Street, 12th Floor<br>Wilmington, DE 19801 | H. Jeffrey Schwartz, Esquire<br>Benesch, Friedlander Coplan<br>  and Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH  44114 |
| David L. Buchbinder, Esquire<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox No. 35<br>Wilmington, DE 19801 | Todd C. Schiltz, Esquire<br>Wolf, Block, Schorr & Solis-Cohen LLP<br>1100 N. Market Street, Suite 1001<br>Wilmington DE  19801 |
| Francis A. Monaco, Jr., Esquire<br>Monzack and Monaco, P.A.<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801 | Josef S. Athanas, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| Diana M. Thimmig, Esquire<br>Reotzel & Andress<br>1375 East 9th Street<br>One Cleveland Center, 10th Floor<br>Cleveland, OH  44114 | Kimolos II, L.P.<br>22900 Center Ridge Road, # 216<br>Rocky River, OH 44116 |
| William E. Coughlin<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-2688 | Rich Bongorno, CFO<br>Zapis Capital Group LLC<br>26202 Detroit Road Suite 300<br>Westlake, OH  44145 |

                                        /s/ Thomas G. Macauley
                                        Thomas G. Macauley (ID 3411)