IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SGP ACQUISITION, LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 04-13382 (PJW) |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC,<br><br>    Appellants,<br><br>against<br><br>SGP ACQUISITION, LLC; CREDITORS' COMMITTEE of SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P.; ZAPIS CAPITAL; and BENESCH, FRIEDLANDER, COPLAN & & ARONOFF LLP,<br><br>    Appellees. | Civ. No. 05-cv-00563-GMS |

### SLAZENGER'S EMERGENCY MOTION
### FOR STAY PENDING APPEAL UNDER FED. R. BANKR. P. 8005

Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC (collectively, "Slazenger"), move pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure for an order staying implementation of the financing portion of a July 15, 2005 bankruptcy court order (the "Order") approving a settlement agreement between SGP Acquisition, LLC ("SGP"), chapter 11 debtor-in-possession, and its insiders. The facts

9921174.2

and law supporting this Motion are set forth in (a) Slazenger's accompanying brief (the "Accompanying Brief") and (b) Slazenger's brief on this appeal (D.I. 6) (the "Brief").

**WHEREFORE**, and for the reasons set forth in the Accompanying Brief and in the Brief, Slazenger prays that the Court stay the financing portion of the Order pending appeal, and grant Slazenger such further relief as is just and proper.

Dated: August 18, 2005
      Wilmington, Delaware

Zuckerman Spaeder LLP

By: _____
    Thomas G. Macauley (ID No. 3411)
919 Market Street
Suite 990
Wilmington, DE 19801
(302) 427-0400

-and-

Schulte Roth & Zabel LLP
Michael L. Cook (MLC-7887)
David M. Hillman (DMH-8666)
Sophie S. Kim
919 Third Avenue
New York, New York 10022
(212) 756-2000

-and-

Haynsworth Sinkler Boyd, P.A.
Andrew J. White, Jr.
Jesse C. Belcher
75 Beattie Place
Two Liberty Square
Greenville, South Carolina 29601
(864) 240-3200

Counsel for Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC and Dunlop Sports Group Americas, Inc.