**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP | ) | Civ. No. 05-cv-00563-GMS |
| SLAZENGER INTERNATIONAL | ) | |
| LIMITED; DUNLOP SPORTS GROUP | ) | |
| AMERICAS, INC.; DUNLOP | ) | |
| SLAZENGER MANUFACTURING LLC, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| against | ) | |
| | ) | |
| SGP ACQUISITION, LLC; CREDITORS' | ) | |
| COMMITTEE of SGP ACQUISITION, | ) | |
| LLC; PROVIDENT BANK; KIMOLOS II, | ) | |
| L.P.; ZAPIS CAPITAL; and BENESCH, | ) | |
| FRIEDLANDER, COPLAN & | ) | |
| & ARONOFF LLP, | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER UNDER FED. R. BANKR. P. 8005 GRANTING SLAZENGER'S**
**EMERGENCY MOTION FOR STAY PENDING APPEAL**

This matter having come before the Court on the emergency motion of

Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Sports Group

Americas, Inc. and Dunlop Slazenger Manufacturing LLC (collectively, "Slazenger") for

a stay pending appeal under Fed. R. Bankr. P. 8005, dated August 18, 2005 (the

9921184.2

"Motion")[1]; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 158(a), and that (b) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and accompanying brief establish just cause for the relief granted herein; it is hereby **ORDERED** that:

   1.  The Motion is GRANTED.

   2.  The financing provisions of the order, dated July 15, 2005, of the United States Bankruptcy Court for the District of Delaware approving a settlement agreement between SGP Acquisition, LLC ("SGP"), debtor-in-possession, and its insiders, is hereby stayed pending this Court's disposition of Slazenger's appeal.

Dated: _____, 2005
   Wilmington, Delaware

            _____
            The Honorable Gregory M. Sleet
            United States District Court Judge

---

[1] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Motion or the accompanying brief filed in support of the Motion.