# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                :    Chapter 11  04-13382
                                      :
SGP ACQUISITION, LLC,                 :    Case No. 00-43866 (PJW)
                                      :
            Debtor.                   :    RE: DOCKET No. 378

ORDER AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO RETAIN
AND EMPLOY CALFEE, HALTER & GRISWOLD LLP AS SPECIAL COUNSEL
*NUNC PRO TUNC* JUNE 30, 2005

This matter coming before the Court on the Application of Debtor and Debtor in Possession for an Order Authorizing Them to Retain and Employ Calfee, Halter & Griswold LLP as Special Counsel (the "Application") filed by the above-captioned debtor and debtor in possession (collectively, the "Debtor"); the Court (a) having reviewed (i) the Application, (ii) the Affidavit of William E. Coughlin, a partner in the law firm of Calfee, Halter & Griswold LLP ("Calfee"), attached to the Application as Exhibit A (the "Affidavit") and (iii) the Disclosure of Compensation of Calfee, Halter & Griswold LLP in Accordance with Section 329 of the Bankruptcy Code and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure attached to the Application as Exhibit B (the "Disclosure of Compensation"); and the Court being satisfied based on the representations made in the Application, Affidavit and Disclosure of Compensation that the attorneys represent no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged; that notice of the Application was provided to the Office of the United States Trustee for this region and requisite parties in interest and that such notice is sufficient, and that the employment of Calfee is necessary and would be in the best interests of the estate; and sufficient cause appearing therefore,

{LMY0871.DOC;1}

D.I. 412
8/8/05

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.  Notice of the Application was sufficient under the circumstances.

D.  The Application, the Affidavit and the Disclosure of Compensation are in full compliance with all applicable provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"); the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Local Bankruptcy Rules of this Court (the "Local Rules"). Calfee does not hold or represent any interest adverse to the Debtor or to the Debtor's estate with respect to the matters in which it is to be employed.

E.  The Debtor's employment of Calfee in accordance with the Application and this Order is in the best interests of the Debtor and its estate and creditors.

IT IS HEREBY ORDERED THAT:

1.  The Application is GRANTED.

2.  Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

3.  The Debtor is authorized to retain and employ Calfee as its special counsel in this chapter 11 case on the terms and conditions described in the Application, pursuant to § 327(e) of the Bankruptcy Code.

4.  Calfee is authorized to provide any and all related legal services to the Debtor with respect to the Dunlop Litigation, *nunc pro tunc* as of June 30, 2005.

{LMY0871.DOC;1}

−2−

5.  Calfee shall be compensated for such services and reimbursed for any related expenses directly by Kimolos or its designee according to the monthly invoices submitted directly to it. At the conclusion of the Dunlop Litigation, Calfee shall submit a Final Fee Application in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and any other applicable orders of this Court.

Dated: Aug 8, 2005  _____
UNITED STATES BANKRUPTCY JUDGE

PREPARED BY:

Frederick B. Rosner (No. 3995)
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market St, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

- and -

H. Jeffrey Schwartz (OBR # 0014307)
Mark A. Phillips (ORB # 0047347)
Michael D. Zaverton (ORB# 0038597)
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4153
Facsimile: (216) 363-4588

Counsel for SGP Acquisition, LLC Debtor and
Debtor-in Possession

{LMY0871.DOC;1}

-3-