IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SGP ACQUISITION, LLC, | : | |
| | : | Case No. 04-13382 (PJW) |
| | : | Jointly Administered |
| Debtor. | : | |
| _____ | : | |
| SALZENGERS LIMITED, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | C.A. No. 05-cv-00563 - GMS |
| v. | : | |
| | : | |
| SGP ACQUISITION, LLC, et al. | : | |
| | : | |
| Appellees. | : | |
| _____ | | |

**JOINDER OF APPELLEE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO THE RESPONSE OF APPELLEE
SGP ACQUISITION, LLC TO MOTION OF SLAZENGER GROUP
FOR EXPEDITED CONSIDERATION, RE:  Docket No. 9**

Appellee, Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby joins in the Response (the "Response") of Appellee SGP Acquisition, LLC to the Motion of Slazenger Group for Expedited Consideration (the "Motion") and hereby incorporates the factual and legal arguments set forth in the Response.

**WHEREFORE**, the Committee respectfully requests entry of an order denying the Motion and granting such other relief as the Court deems just and proper.

Dated: August __, 2005

        **MONZACK and MONACO, P.A.**

        __/s/ Francise A. Monaco, Jr._
        Francis A. Monaco, Jr. (#2078)
        1201 Orange Street, Ste. 400
        Wilmington, DE 19801
        T: (302) 656-8162

        -and-

        **LATHAM & WATKINS LLP**
        Josef Athanas, Esq.
        Caroline A. Reckler, Esq.
        Suite 5800 Sears Tower
        233 South Wacker Drive
        Chicago, IL 60606

        Attorneys for the Official Committee
        of Unsecured Creditors

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SGP ACQUISITION, LLC, | : | |
| | : | Case No. 04-13382 (PJW) |
| | : | Jointly Administered |
| Debtor. | : | |
| _____ | : | |
| SALZENGERS LIMITED, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | C.A. No. 05-cv-00563 - GMS |
| v. | : | |
| | : | |
| SGP ACQUISITION, LLC, et al. | : | |
| | : | |
| Appellees. | : | |
| _____ | | |

## CERTIFICATE OF SERVICE

　　**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on August 19, 2005 upon:**

**Via Hand Delivery and US Mail**
**Frederick B. Rosner, Esquire**
Jaspan Schlesinger Hoffman
913 Market Street, 12th Floor
Wilmington, DE 19801
F:  (302) 351-8010

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
F:  (302) 573-6497

H. Jeffrey Schwartz, Esquire
Benesch Friedlander Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114
F:  (216) 363-4588

Document #: 46694

Thomas G. Macauley, Esquire
Elizabeth Power, Esquire
Zuckerman and Spaeder LLP
919 Market Street, Ste. 1705
Wilmington, DE 19801
F: (302) 427-8242
tmacauley@zuckerman.com

Todd C. Schiltz, Esquire
Wollf Block Schorr & Solis-Cohen
1100 North Market Street, Ste. 1001
Wilmington, DE 19801

Diana M. Thimmig, Esquire
Roetzel & Andress
1375 East 9th Street
One Cleveland Center, 10th Floor
Cleveland, OH 44114

Michael L. Cooke, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
F: (212) 593-5955
Michael.cook@srz.com

    Under penalty of perjury, I declare that the foregoing is true and correct.

\_\_8/19/2005_____        \_\_\_\_/s/ Heidi E. Sasso_____
Date                                Heidi E. Sasso

Document #: 46694