IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                              :   Case No. 04-13382 (PJW)
                                                   :
SGP ACQUISITION, LLC,                              :   Chapter 11
                                                   :
            Debtors.                               :
---------------------------------------------------------------x
SLAZENGERS LIMITED, DUNLOP                         :
SLAZENGER INTERNATIONAL                            :   Civ. No. 05-cv-00563-GMS
LIMITED; DUNLOP SPORTS GROUP                       :
AMERICAS, INC.; DUNLOP                             :
SLAZENGER MANUFACTURING LLC,                       :
                                                   :
            Appellants,                            :
                                                   :
      v.                                           :
                                                   :
SGP ACQUISITION, LLC; CREDITORS'                   :
COMMITTEE of SGP ACQUISITION, LLC;                 :
PROVIDENT BANK; KIOLOS II, L.P.; ZAPIS             :
CAPITAL; and BENESCH, FRIEDLANDER.                 :
COPLAN & ARONOFF LLP,                              :
                                                   :
            Appellees.                             :
---------------------------------------------------------------x

## APPELLEES' APPENDIX IN SUPPORT OF BRIEF

| | |
|---|---|
| **JASPAN SCHLESINGER**<br>**HOFFMAN LLP**<br>Frederick B. Rosner<br>913 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 351-8000 | **BENESCH, FRIEDLANDER**<br>**COPLAN & ARONOFF LLP**<br>H. Jeffrey Schwartz<br>Mark A. Phillips<br>Michael D. Zaverton<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378<br>(216) 363-4500<br><br>Dated August 23, 2005 |

APPELLEES' APPENDIX

TABLE OF CONTENTS

PLEADINGS AND OTHER COURT DOCUMENTS

| Description | Date | Bankr. Docket No. | A |
|---|---|---|---|
| Motion to Limit Notice for Order Under Fed. R. Bankr. P. 9019 Approving Settlement Agreement with the Dunlop Slazenger Entities | 6/22/2005 | 346 | 280-282 |

August 23, 2005
Wilmington, Delaware

Respectfully submitted,

/s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:    (302) 351-8000
Facsimile:    (302) 351-8010

- and -

H. Jeffrey Schwartz  (OBR #0014307)
Mark A. Phillips (OBR # 0047347)
Michael D. Zaverton  (OBR #0038597)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
Telephone:    (216) 363-4500
Facsimile:    (216) 363-4588

Counsel for SGP Acquisition, LLC, Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SGP ACQUISITION, LLC, | : | Case No. 04-13382 (PJW) |
| | : | |
| Debtor. | : | [Proposed] Hearing Date: June 27, 2005 @ 1:30 p.m. |
| | : | Objection Deadline: To Be Set By Court |
| | | Related Docket No. 345 |

## MOTION OF SGP ACQUISITION, LLC TO LIMIT NOTICE FOR ORDER UNDER FED. R. BANKR. P. 9019 APPROVING SETTLEMENT AGREEMENT WITH THE DUNLOP SLAZENGER ENTITIES

SGP Acquisition, LLC ("SGP"), the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), by its undersigned attorneys, hereby moves this Court, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Section 102 of Title 11 of the United States Code (the "Bankruptcy Code"), and Del. Bankr. L.R. 9006-1(e) for an order limiting notice so the *Motion of SGP Acquisition, LLC for Order Under Fed. R. Bankr. P. 9019 Approving Settlement Agreement with the Dunlop Slazenger Entities* [D.I. 345] (the "Settlement Motion") is heard on June 27, 2005, the next omnibus date, and respectfully represents as follows:

### Relief Requested

1. The next omnibus hearing date in this case is scheduled for June 27, 2005 at 1:30 p.m. The Debtor seeks to have this Court limit notice so the Settlement Motion is heard on that omnibus date.

2. Local Rule 9006-1(e) provides that the notice period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

3. Bankruptcy Rule 9006(c)(1) provides, in relevant part, that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given

#13835

A    280

thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Bankruptcy Rule 9006(c)(2) states that the Court may not reduce the time for taking certain action under other Bankruptcy Rules, none of which apply here.

4.  The Debtor respectfully requests that the Court consider the Settlement Motion on an expedited basis to avoid the estate having to incur further and substantial cost and expense in connection with pending litigation with the Dunlop Entities.

### Notice

5.  A copy of this Motion to Shorten together with the Settlement Motion has been served (by hand, facsimile and/or e-mail) upon counsel to: (i) the Official Committee of Unsecured Creditors, (ii) the DIP Lender, (iii) the Office of the United States Trustee and (iv) counsel to the Dunlop entities; and by first class mail upon (v) all parties that have requested notice pursuant to Rule 2002.

WHEREFORE, the Debtor respectfully requests that the Court enter the Order in the form attached hereto and grant such other relief as is just and proper.

Dated: June 22, 2005
      Wilmington, Delaware

                                  **JASPAN SCHLESINGER HOFFMAN LLP**

                By:   */s/ Frederick B. Rosner*
                        Frederick B. Rosner (No. 3995)
                        913 Market Street, 12th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 351-8000
                        Facsimile: (302) 351-8010

- and -

H. Jeffrey Schwartz (OBR #0014307)
Mark A. Phillips (OBR #0047347)
Michael D. Zaverton (OBR #0038597)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
jschwartz@bfca.com
mphillips@bfca.com
mzaverton@bfca.com

Counsel for SGP Acquisition, LLC, Debtor and
Debtor in Possession