IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SGP ACQUISITION, LLC,<br><br>          Debtor.<br>_____<br><br>SLAZENGERS LTD, *et al.*,<br><br>          Appellants,<br><br>          v.<br><br>SGP ACQUISITION, LLC, *et al.*,<br><br>          Appellees. | Case No. 05-CV-563 (GMS)<br><br>CHAPTER 11<br><br>Case No. 04-13382 (PJW) |

\*\*\*

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 23rd day of August, 2005, I caused to be served one copy of the *Debtor-Appellees' Brief* upon the parties listed below, by facsimile and First Class Mail, postage prepaid:

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801

Josef S. Athanas, Esquire
Latham & Watkins, LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Diana M. Thimmig, Esquire
Roetzel & Andress
1375 East 9th Street
One Cleveland Center, 10th Floor
Cleveland, OH 44114

14287

Rich Bongorno, CFO
Zapis Capital Group LLC
26202 Detroit Road Suite 300
Westlake, OH 44145

William Coughlin, Esquire
Ronald McMillan, Esquire
Lisa Yerrace, Esquire
Calfee, Halter & Griswold LLP
800 Superior Avenue
Cleveland, OH 44114

*First Class Mail Only*
Kimolos II, LP
22900 Center Ridge Road, #216
Rocky River, OH 44116

Michael L. Cook, Esquire
David M. Hillman, Esquire
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, N Y 10022

**JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ Frederick B. Rosner
      Frederick B. Rosner (No. 3995)
      913 Market Street, 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 351-8000
      Facsimile: (302) 351-8010

      Local Counsel to Debtor-Appellee SGP Acquisition, LLC