# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SGP ACQUISITION, LLC, | : | |
| | : | Case No. 04-13382 (PJW) |
| | : | Jointly Administered |
| Debtor. | : | |
| _____ | : | |
| SALZENGERS LIMITED, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | C.A. No. 05-cv-00563 - GMS |
| v. | : | |
| | : | |
| SGP ACQUISITION, LLC, et al. | : | |
| | : | |
| Appellees. | : | |
| _____ | | |

### JOINDER OF APPELLEE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS TO THE
### <u>DEBTORS-APPELLEES' BRIEF, RE:  Docket No. 13</u>

Appellee, Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby joins in the Debtors-Appellees' Brief (the "Brief") and hereby incorporates the factual and legal arguments set forth in the Brief.

2

WHEREFORE, the Committee respectfully requests entry of an order dismissing the appeal, or in the alternative, to affirm the Bankruptcy Court's July 15, 2005 Order.

Dated: August __, 2005

**MONZACK and MONACO, P.A.**

_/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (#2078)
1201 Orange Street, Ste. 400
Wilmington, DE 19801
T: (302) 656-8162

-and-

**LATHAM & WATKINS LLP**

Josef Athanas, Esq.
Caroline A. Reckler, Esq.
Suite 5800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606


Attorneys for the Official Committee
of Unsecured Creditors

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SGP ACQUISITION, LLC, | : | |
| | : | Case No. 04-13382 (PJW) |
| | : | Jointly Administered |
| Debtor. | : | |
| _____ | : | |
| SALZENGERS LIMITED, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | C.A. No. 05-cv-00563 - GMS |
| v. | : | |
| | : | |
| SGP ACQUISITION, LLC, et al. | : | |
| | : | |
| Appellees. | : | |
| _____ | | |

## CERTIFICATE OF SERVICE

      I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on August 23, 2005 upon:

**Via Hand Delivery and US Mail**
**Frederick B. Rosner, Esquire**
Jaspan Schlesinger Hoffman
913 Market Street, 12th Floor
Wilmington, DE 19801
F:  (302) 351-8010

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
F:  (302) 573-6497

H. Jeffrey Schwartz, Esquire
Benesch Friedlander Coplan & Aronoff
2300 BP Tower
200 Public Square
Cleveland, OH 44114
F:  (216) 363-4588

Document #: 46694

Thomas G. Macauley, Esquire
Elizabeth Power, Esquire
Zuckerman and Spaeder LLP
919 Market Street, Ste. 1705
Wilmington, DE 19801
F: (302) 427-8242
tmacauley@zuckerman.com

Todd C. Schiltz, Esquire
Wollf Block Schorr & Solis-Cohen
1100 North Market Street, Ste. 1001
Wilmington, DE 19801

Diana M. Thimmig, Esquire
Roetzel & Andress
1375 East 9th Street
One Cleveland Center, 10th Floor
Cleveland, OH 44114

Michael L. Cooke, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
F: (212) 593-5955
Michael.cook@srz.com

      Under penalty of perjury, I declare that the foregoing is true and correct.

__8/23/2005_____		____/s/ Heidi E. Sasso_____
Date					Heidi E. Sasso

Document #: 46694