IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SGP ACQUISITION, LLC, | : | |
| | : | |
| Debtor. | : | Case No. 04-13382 (PJW) |
| | : | |
| _____ | : | |
| | : | |
| SLAZENGERS LTD, *et al.*, | : | |
| | : | Case No. 05-CV-563 (GMS) |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| SGP ACQUISITION, LLC, *et al.*, | : | |
| | : | |
| Appellees. | : | |
| | *** | |

**CERTIFICATE OF SERVICE**

    I, Frederick B. Rosner, hereby certify that on this 29th day of August, 2005, I caused to be served one copy of the **Response of Appellee SGP Acquisition, LLC in Opposition to Slazenger's Emergency Motion for Stay Pending Appeal** upon the parties listed below, by First Class Mail, postage prepaid:

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801

14697

| | |
|---|---|
| Josef S. Athanas, Esquire<br>Latham & Watkins, LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Diana M. Thimmig, Esquire<br>Roetzel & Andress<br>1375 East 9th Street<br>One Cleveland Center, 10th Floor<br>Cleveland, OH 44114 |
| Michael L. Cook, Esquire<br>David M. Hillman, Esquire<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, N Y 10022 | William Coughlin, Esquire<br>Ronald McMillan, Esquire<br>Lisa Yerrace, Esquire<br>Calfee, Halter & Griswold LLP<br>800 Superior Avenue<br>Cleveland, OH 44114 |
| Kimolos II, LP<br>22900 Center Ridge Road, #216<br>Rocky River, OH 44116 | Rich Bongorno, CFO<br>Zapis Capital Group LLC<br>26202 Detroit Road, Suite 300<br>Westlake, OH 44145 |

**JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ Frederick B. Rosner
      Frederick B. Rosner (No. 3995)
      913 Market Street, 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 351-8000
      Facsimile: (302) 351-8010

Local Counsel to Debtor-Appellee SGP Acquisition, LLC