<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 30th day of August 2005, copies of "Appellants' Reply Brief Under Fed. R. Bankr. P. 8009" were sent in the manner indicated to:

<u>BY HAND</u>
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman
913 N. Market Street, 12th Floor
Wilmington, DE 19801

<u>BY HAND</u>
David L. Buchbinder, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox No. 35
Wilmington, DE 19801

<u>BY HAND</u>
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

<u>BY FEDEX</u>
Diana M. Thimmig, Esquire
Reotzel & Andress
1375 East 9th Street
One Cleveland Center, 10th Floor
Cleveland, OH 44114

<u>BY FEDEX</u>
William E. Coughlin
Calfee, Halter & Griswold LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688

<u>BY FEDEX</u>
H. Jeffrey Schwartz, Esquire
Benesch, Friedlander Coplan
  and Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114

<u>BY HAND</u>
Todd C. Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
1100 N. Market Street, Suite 1001
Wilmington DE 19801

<u>BY FEDEX</u>
Josef S. Athanas, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

<u>BY FEDEX</u>
Kimolos II, L.P.
22900 Center Ridge Road, # 216
Rocky River, OH 44116

<u>BY FEDEX</u>
Richard Bongorno, CFO
Zapis Capital Group LLC
26202 Detroit Road Suite 300
Westlake, OH 44145

_____
Elizabeth D. Power (ID No. 4135)