IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) ) ) ) ) ) | Civ. No. 05-CV-563 (GMS) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| against | ) | |
| | ) | |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P.; ZAPIS CAPITAL; AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) ) ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

## APPELLANTS' REQUEST FOR ORAL ARGUMENT

On August 4, 2005, Appellants Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Sports Group Americas, Inc., and Dunlop Slazenger Manufacturing LLC (collectively, "Slazenger") moved for expedited consideration of this Appeal. (D.I. 5). Appellee SGP Acquisition, LLC responded to Slazenger's motion, and it remains pending.

Now that briefing is complete both on Slazenger's motion for a stay pending appeal (D.I. 10) (the "Stay Motion") and on the merits of the Appeal, pursuant to Del. Dist. LR 7.1.4, Slazenger hereby requests oral argument on the Stay Motion and on the merits of the Appeal at the Court's first available time.

The names of all parties to the Appeal and the names, addresses, and telephone numbers of their attorneys (to the extent known) are as follows:

1. **SGP Acquisition, LLC:**

| | | |
|---|---|---|
| H. Jeffrey Schwartz<br>Benesch, Friedlander,<br>Coplan & Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635 | -and- | Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Hoffman<br>913 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(301) 351-8000 |

2. **The Creditors' Committee of SGP Acquisition, LLC:**

| | | |
|---|---|---|
| Josef S. Athanas, Esq.<br>Latham & Watkins<br>Suite 5800 Sears Tower<br>Chicago, IL 60606<br>(312) 876-7700 | -and- | Francis A. Monaco, Jr., Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162 |

3. **Provident Bank:**

| | | |
|---|---|---|
| Diana M. Thimmig, Esq.<br>Roetzel & Andress<br>1375 East 9th Street<br>One Cleveland Center<br>Cleveland, OH 44114<br>(216) 623-0150 | -and- | Todd C. Schiltz, Esq.<br>Wolf, Block, Schorr & Solis-Cohen<br>Wilmington Trust Center<br>1100 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 777-0312 |

4. **Kimolos II, L.P.:**

Kimolos II, L.P.                              William E. Coughlin
22900 Center Ridge Road, #216                 Calfee, Halter & Griswold LLP
Rocky River, OH 44116    -and-                1400 McDonald Investment Ctr.
                                              800 Superior Avenue
                                              Cleveland, OH 44114-2688
                                              (216) 622-8200

5. **Zapis Capital:**

Richard Bongorno, CFO                         William E. Coughlin
Zapis Capital Group LLC                       Calfee, Halter & Griswold LLP
26202 Detroit Road, Suite 300    -and-        1400 McDonald Investment Ctr.
Westlake, OH 44145                            800 Superior Avenue
                                              Cleveland, OH 44114-2688
                                              (216) 622-8200

6. **Benesch, Friedlander, Coplan & Aronoff LLP**

H. Jeffrey Schwartz, Esq.
Benesch, Friedlander,
Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

7. **Office of The United States Trustee:**

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street
Lockbox #35
Wilmington, DE 19899-0035
(302) 573-6491

Dated: Wilmington, Delaware
September 2, 2005

        Zuckerman Spaeder LLP

By: *Elizabeth D. Power* (signature)
        Thomas G. Macauley (ID No. 3411)
        Elizabeth D. Power (ID No. 4135)
919 Market Street, Suite 990
Wilmington, DE 19801
(302) 427-0400

-and-

Schulte Roth & Zabel LLP
Michael L. Cook (MLC-7887)
Sophie S. Kim
919 Third Avenue
New York, New York 10022
(212) 756-2000

-and-

Haynsworth Sinkler Boyd, P.A.
Andrew J. White, Jr.
Jesse C. Belcher
75 Beattie Place
Two Liberty Square
Greenville, South Carolina 29601
(864) 240-3200

Counsel for Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC and Dunlop Sports Group Americas, Inc.