**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP | ) | |
| SLAZENGER INTERNATIONAL | ) | Civ. No. 05-cv-00563-GMS |
| LIMITED; DUNLOP SPORTS GROUP | ) | |
| AMERICAS, INC.; DUNLOP | ) | |
| SLAZENGER MANUFACTURING LLC, | ) | |
| | ) | |
| Appellants | ) | |
| Against | ) | |
| | ) | |
| SGP ACQUISITION, LLC; CREDITORS' | ) | |
| COMMITTEE OF SGP ACQUISITION, | ) | |
| LLC; PROVIDENT BANK; KIMOLOS II, | ) | |
| L.P.; ZAPIS CAPITAL; AND BENESCH, | ) | |
| FRIEDLANDER, COPLAN & | ) | |
| & ARONOFF LLP, | ) | |
| | ) | |
| Appellees. | ) | |

**MOTION AND ORDER GRANTING**
**ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, Thomas G. Macauley, a

member of the Bar of this Court, moves the admission pro hac vice of Michael L. Cook to

represent Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group

Americas, Inc.; and Dunlop Slazenger Manufacturing LLC in this matter.

Dated: Wilmington, Delaware
September 1, 2005

Thomas G. Macauley (ID No. 3411)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the State of New York; the

Southern, Eastern and Northern Districts of New York; the Courts of Appeals for the Second,

Third, Fourth and Seventh Circuits; and the Supreme Court of the United States and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action.  I also certify that I am generally

familiar with this Court's Local Rules.  In accordance with the Standing Order for the District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the

Clerk or Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office

upon the filing of this motion.

Dated: _____          _____

                                Michael L. Cook (MLC-7887)
                                Schulte Roth & Zabel LLP
                                919 Third Avenue
                                New York, New York 10022
                                (212) 756-2000


        IT IS HEREBY  ORDERED that counsel's motion for admission pro hac vice is granted.


Dated: _____          _____

                                The Honorable Gregory M. Sleet
                                United States District Judge

2