IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
|     SGP ACQUISITION, LLC, | ) | C.A. No. 05-563 (GMS) |
| | ) | |
|     Debtor. | ) | |

### ORDER

    WHEREAS on August 3, 2005, the Appellants in the above-captioned action filed a notice of appeal from the Bankruptcy Court (D.I. 1);

    WHEREAS on August 4, 2005, the Appellants filed a Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011, in which they requested a hearing during the week of September 6, 2005 (D.I. 5);

    WHEREAS the court declined to grant the Appellants' motion, prompting the Appellants to file an Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005 (D.I. 10);

    WHEREAS it is the Appellants' position that they will be irreparably harmed if the Appellees are permitted to borrow and expend funds under a financing agreement approved by the Bankruptcy Court "because it is likely those funds cannot be recovered if already expended when this Court decides the appeal" (D.I. 19 at 9);

    WHEREAS the court is not persuaded that the Appellants will be irreparably harmed, or harmed at all, in the absence of a stay because: (1) the Appellants do not specify how much money is likely to be expended; and (2) it is not clear to the court that the Appellants will prevail on the underlying contract dispute, which is a necessary predicate to the Appellants' recovery of the funds it seeks to preserve.

IT IS HEREBY ORDERED THAT:

1. The Appellants' Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011 (D.I. 5) be DENIED; and

2. The Appellants' Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005 (D.I. 10) be DENIED.

Dated: September 20, 2005

                                                                 UNITED STATES DISTRICT COURT

FILED

SEP 20 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE