IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>SGP ACQUISITION, LLC, )<br>)<br>         Debtor. )<br>)<br>SLAZENGERS LIMITED; DUNLOP )<br>SLAZENGER INTERNATIONAL )<br>LIMITED; DUNLOP SPORTS GROUP )<br>AMERICAS, INC.; DUNLOP )<br>SLAZENGER MANUFACTURING LLC, )<br>)<br>         Appellants, )<br>)<br>against )<br>)<br>SGP ACQUISITION, LLC; CREDITORS' )<br>COMMITTEE OF SGP ACQUISITION, )<br>LLC; PROVIDENT BANK; KIMOLOS II, )<br>L.P.; ZAPIS CAPITAL; AND BENESCH, )<br>FRIEDLANDER, COPLAN & )<br>ARONOFF LLP, )<br>)<br>         Appellees. ) | Chapter 11<br><br>Case No. 04-13382 (PJW)<br><br><br><br>Civ. No. 05-cv-00563-GMS<br><br><br><br>Case No. _____ |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC (collectively, "Slazenger"), appeal to the United States Court of Appeals for the Third Circuit from the September 20, 2005 order (D.I. 22) entered in the above-captioned case by the United States District Court for the District of Delaware, a copy of which is attached hereto as Exhibit A (the "Order"), denying Slazenger's emergency motion for a stay pending appeal under Fed. R. Bankr. P. 8005. The names of all parties to the Order appealed from and

9946410.1

the names, addresses, and telephone numbers of their attorneys (to the extent known) are as follows:

1. **SGP Acquisition, LLC:**

| | | |
|---|---|---|
| H. Jeffrey Schwartz, Esq.<br>Benesch, Friedlander,<br>Coplan & Aronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635 | -and- | Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Hoffman<br>913 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(301) 351-8000 |

2. **The Creditors' Committee of SGP Acquisition, LLC:**

| | | |
|---|---|---|
| Josef S. Athanas, Esq.<br>Latham & Watkins<br>Suite 5800 Sears Tower<br>Chicago, IL 60606<br>(312) 876-7700 | -and- | Francis A. Monaco, Jr., Esq.<br>Monzack and Monaco, P.A.<br>1201 N. Orange Street,<br>Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162 |

3. **Provident Bank:**

| | | |
|---|---|---|
| Diana M. Thimmig, Esq.<br>Roetzel & Andress<br>1375 East 9th Street<br>One Cleveland Center<br>Cleveland, OH 44114<br>(216) 623-0150 | -and- | Todd C. Schiltz, Esq.<br>Wolf, Block, Schorr<br>  & Solis-Cohen<br>Wilmington Trust Center<br>1100 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 777-0312 |

4. **Kimolos II, L.P.:**

| | | |
|---|---|---|
| Kimolos II, L.P.<br>22900 Center Ridge Road, #216<br>Rocky River, OH 44116 | -and- | William E. Coughlin<br>Calfee, Halter<br>  & Griswold LLP<br>1400 McDonald<br>  Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-<br>             2688<br>(216) 622-8200 |

5.  **Zapis Capital:**

Richard Bongorno, CFO
Zapis Capital Group LLC
26202 Detroit Road, Suite 300
Westlake, OH 44145        -and-

William E. Coughlin
Calfee, Halter
  & Griswold LLP
1400 McDonald
  Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-
               2688
(216) 622-8200

6.  **Benesch, Friedlander, Coplan & Aronoff LLP**

H. Jeffrey Swartz, Esq.
Benesch, Friedlander,
Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

7.  **Office of The United States Trustee:**

David L. Buchbinder, Esq.
Office of the United States Trustee
844 King Street
Lockbox #35
Wilmington, DE 19899-0035
(302) 573-6491

Dated: September 23, 2005
       Wilmington, Delaware

                      Zuckerman Spaeder LLP

                      By: *Elizabeth D. Power* (signature)
                      Thomas G. Macauley (ID No. 3411)
                      Elizabeth D. Power (ID No. 4135)
919 Market Street
Suite 990
Wilmington, DE 19801
(302) 427-0400

-and-

Schulte Roth & Zabel LLP
Michael L. Cook (MLC-7887)
Sophie S. Kim
919 Third Avenue
New York, New York 10022
(212) 756-2000

-and-

Haynsworth Sinkler Boyd, P.A.
Andrew J. White, Jr.
Jesse C. Belcher
75 Beattie Place
Two Liberty Square
Greenville, South Carolina 29601
(864) 240-3200

Counsel for Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC and Dunlop Sports Group Americas, Inc.

9946410.1       4