# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
    SGP ACQUISITION, LLC,            )    C.A. No. 05-563 (GMS)
                                          )
    Debtor.                           )

## ORDER

WHEREAS on August 3, 2005, the Appellants in the above-captioned action filed a notice of appeal from the Bankruptcy Court (D.I. 1);

WHEREAS on August 4, 2005, the Appellants filed a Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011, in which they requested a hearing during the week of September 6, 2005 (D.I. 5);

WHEREAS the court declined to grant the Appellants' motion, prompting the Appellants to file an Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005 (D.I. 10);

WHEREAS it is the Appellants' position that they will be irreparably harmed if the Appellees are permitted to borrow and expend funds under a financing agreement approved by the Bankruptcy Court "because it is likely those funds cannot be recovered if already expended when this Court decides the appeal" (D.I. 19 at 9);

WHEREAS the court is not persuaded that the Appellants will be irreparably harmed, or harmed at all, in the absence of a stay because: (1) the Appellants do not specify how much money is likely to be expended; and (2) it is not clear to the court that the Appellants will prevail on the underlying contract dispute, which is a necessary predicate to the Appellants' recovery of the funds it seeks to preserve.

IT IS HEREBY ORDERED THAT:

1. The Appellants' Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011 (D.I. 5) be DENIED; and

2. The Appellants' Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005 (D.I. 10) be DENIED.

Dated: September 20, 2005

UNITED STATES DISTRICT COURT



FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE