IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| SGP ACQUISITION, LLC, ) | Case No. 04-13382 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| SLAZENGERS LIMITED; DUNLOP ) | |
| SLAZENGER INTERNATIONAL ) | Civ. No. 05-cv-00563-GMS |
| LIMITED; DUNLOP SPORTS GROUP ) | |
| AMERICAS, INC.; DUNLOP ) | |
| SLAZENGER MANUFACTURING LLC, ) | Case No. _____ |
| ) | |
| Appellants, ) | |
| ) | |
| against ) | |
| ) | |
| SGP ACQUISITION, LLC; CREDITORS' ) | |
| COMMITTEE OF SGP ACQUISITION, ) | |
| LLC; PROVIDENT BANK; KIMOLOS II, ) | |
| L.P.; ZAPIS CAPITAL; AND BENESCH, ) | |
| FRIEDLANDER, COPLAN & ) | |
| ARONOFF LLP, ) | |
| ) | |
| Appellees. ) | |

**APPELLANTS' DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL**

Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC (collectively, "Slazenger"), creditors of SGP Acquisition LLC ("SGP"), designate the following documents from the record below and identify the following issues on appeal:

9946713.1

Documents Designated

| Bankr. Docket No. | Filing Date | Description |
|---|---|---|
| 1 | 11/30/04 | Petition |
| 115 | 1/07/05 | Statement of Financial Affairs |
| 116 | 1/07/05 | Schedules of Assets and Liabilities |
| 142 | 1/25/05 | Transcript of Hearing on January 7, 2005 |
| 309 | 5/27/05 | Motion to Convert Chapter 11 Case to a Case Under Chapter 7. Filed by Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC, and Dunlop Sports Group Americas, Inc. |
| 319 | 6/14/05 | Notice of Deposition Upon Oral Examination of Richard Bongorno. Filed by Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC, and Dunlop Sports Group Americas, Inc. |
| 329 | 6/16/05 | Objection to Motion for an Order Under 11 U.S.C. Section 1112(b) Converting Chapter 11 Case to Case Under Chapter 7. Filed by SGP Acquisition, LLC |
| 345 | 6/22/05 | Motion to Approve Settlement Agreement With the Dunlop Slazenger Entities. Filed by SGP Acquisition, LLC |
| 356 | 6/27/05 | Order Amending Final Order (i) Authorizing PostPetition Secured Superpriority Financing; (ii) Authorizing Debtor's Use of Cash Collateral, and (iii) Granting Adequate Protection |
| 357 | 6/27/05 | Order Approving Settlement Agreement and Rejection of Executory Contracts |
| 364 | 7/1/05 | Motion to Approve Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. Filed by SGP Acquisition, LLC |
| 365 | 7/1/05 | Motion to Limit Notice for Order Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. Filed by SGP Acquisition, LLC |

| Bankr. Docket No. | Filing Date | Description |
|---|---|---|
| 369 | 7/6/05 | Order Approving Shortened Notice With Respect to Motion of SGP Acquisition, LLC to Limit Notice for Order Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case |
| 373 | 7/11/05 | Objection to Expedited Approval of Proposed Settlement with Insiders Under Fed. R. Bankr. P. 9019(a). Filed by Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC, and Dunlop Sports Group Americas, Inc. |
| 375 | 7/12/05 | Notice of Deposition of Richard Bongorno Re: Motion to Approve Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. Filed by Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC, and Dunlop Sports Group Americas, Inc. |
| 376 | 7/12/05 | Notice of Deposition of Steven Sues Re: Motion to Approve Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. Filed by Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC, and Dunlop Sports Group Americas, Inc. |
| 377 | 7/12/05 | Notice of Agenda of Matters Scheduled for Hearing on July 14, 2005 at 10:30 A.M. |
| 378 | 7/12/05 | Application for an Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Calfee, Halter & Griswold LLP as Special Counsel *nunc pro tunc* to June 30, 2005. Filed by SGP Acquisition, LLC |
| 379 | 7/13/05 | Response to the Objection of Slazenger Group to Motion for Entry of an Order Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. Filed by SGP Acquisition, LLC |

| Bankr. Docket No. | Filing Date | Description |
| --- | --- | --- |
| 380 | 7/13/05 | Amended Notice of Agenda of Matters Scheduled for Hearing on July 14, 2005 at 10:30 A.M. |
| 381 | 7/13/05 | Proposed Order Under Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. Filed by SGP Acquisition, LLC |
| 386 | 7/15/05 | Order Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case |
| 391 | 7/19/05 | Transcript of Deposition of Richard Bongorno on June 17, 2005 |
| 394 | 7/21/05 | Notice of Appeal Under Fed. R. Bankr. P. 8005. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC |
| 396 | 7/21/05 | Appellants' Designation of Record and Statement of Issues on Appeal Under Fed. R. Bankr. P. 8006. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC |
| 401 | 7/26/05 | Transcript of July 14, 2005 Hearing before the Hon. Peter J. Walsh |
| 405 | 7/28/05 | Debtor-Appellee's Designation of Additional Items to be Included in the Record and Statement of Issues on Appeal. Filed by SGP Acquisition, LLC. |
| 409 | 8/3/05 | Transmittal of Record on Appeal to U.S. District Court. Filed by U.S. Bankruptcy Court for the District of Delaware |
| 412 | 8/8/05 | Order Authorizing Debtor and Debtor-in-Possession to Retain and Employ Calfee, Halter & Griswold LLP as Special Counsel *nunc pro tunc* to June 30, 2005. |
| 413 | Filed: 8/3/05 Entered: 8/8/05 | Receipt of Record on Appeal. Filed by U.S. District Court for the District of Delaware |

| Bankr. Docket No. | Filing Date | Description |
| --- | --- | --- |
| 423 | 8/19/05 | Order Approving Settlement Agreement Between the Debtor and Other Key Parties in Interest in this Chapter 11 Case. |
| 430 | 8/29/05 | Notice of Appeal Under Fed. R. Bankr. P. 8005. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC |
| 432 | 8/29/05 | Appellants' Designation of Record and Statement of Issues on Appeal Under Fed. R. Bankr. P. 8006. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 436 | 9/08/05 | Debtor-Appellee's Designation of Additional Items to be Included in the Record and Statement of Issues on Appeal. Filed by SGP Acquisition, LLC. |
| 444 | 9/20/05 | Transmittal of Record on Appeal to U.S. District Court. Filed by U.S. Bankruptcy Court for the District of Delaware |

| Dist. Docket No. | Filing Date | Description |
| --- | --- | --- |
| 1 | 8/3/05 | Notice of Appeal from Bankruptcy Court Appealing the Order Entered on July 15, 2005 by Judge Peter J. Walsh in Bankruptcy Case Number 04-13382. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC |
| 2 | 8/3/05 | Designation of Record and Statement of Issues on Appeal. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC |
| 3 | 8/3/05 | Designation of Record and Statement of Issues on Appeal. Filed by SGP Acquisitions, LLC |
| 4 | 8/3/05 | Notice of Docketing Bankruptcy Appeal. |

| Dist. Docket No. | Filing Date | Description |
| --- | --- | --- |
| 5 | 8/4/05 | Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 6 | 8/8/05 | Appellants' Opening Brief Under Fed. R. Bankr. P. 8010 in Support of Appeal (with attached appendix and exhibits). Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 7 | 8/11/05 | Motion Under Fed. R. Bankr. P. 8011 for Modification of Standing Order Applying Mandatory Mediation Procedures to All Bankruptcy Appeals. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 8 | 8/12/05 | Amended Statement Under Del. Dist. L.R. 7.1.1 Clarifying SGP's Counsel's Response to Relief Requested |
| 9 | 8/12/05 | Response to Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011. Filed by SGP Acquisition, LLC. |
| 10 | 8/18/05 | Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 11 | 8/18/05 | Opening Brief in Support of Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 12 | 8/19/05 | Joinder to the Response of SGP Acquisition, LLC to Motion of Slazenger Group for Expedited Consideration. Filed by Official Committee of Unsecured Creditors. |

| Dist. Docket No. | Filing Date | Description |
|---|---|---|
| 13 | 8/23/05 | Answering Brief in Opposition to Slazenger's Appeal (with attached appendix). Filed by SGP Acquisition, LLC. |
| 14 | 8/23/05 | Joinder to the Answering Brief in Opposition to Slazenger's Appeal. Filed by Official Committee of Unsecured Creditors. |
| 15 | 8/29/05 | Answering Brief in Opposition to Slazenger's Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. Filed by SGP Acquisition, LLC. |
| 16 | 8/29/05 | Certificate of Service of Response in Opposition to Slazenger's Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. Filed by SGP Acquisition, LLC. |
| 17 | 8/30/05 | Joinder to the Answering Brief in Opposition to Slazenger's Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. Filed by Official Committee of Unsecured Creditors. |
| 18 | 8/30/05 | Reply Brief Under Fed. R. Bankr. P. 8009. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 19 | 9/02/05 | Reply Brief in Support of Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 20 | 9/02/05 | Request for Oral Argument on Emergency Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005 and Merits of Appeal. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |
| 21 | 9/09/05 | Motion for Pro Hac Vice Appearance of Attorney Michael L. Cook. Filed by Slazengers Limited; Dunlop Slazenger International Limited; Dunlop Sports Group Americas, Inc.; and Dunlop Slazenger Manufacturing LLC. |

| Dist. Docket No. | Filing Date | Description |
|---|---|---|
| No Docket Index | 09/09/05 | Order Granting Motion for Pro Hac Vice Appearance of Attorney Michael L. Cook. |
| 22 | 09/20/05 | Order Denying (i) Appellants' Motion to Expedite Consideration of Appeal Under Fed. R. Bankr. P. 8011 and (ii) Appellants' Motion for Stay Pending Appeal Under Fed. R. Bankr. P. 8005. |

<u>Issues on Appeal</u>

Whether the United States District Court for the District of Delaware abused its discretion in denying Slazenger's motion for a stay pending appeal when (i) Slazenger should likely succeed on the merits of the Appeal, (ii) the SGP estate and its creditors, including Slazenger, will suffer irreparable harm absent a stay, (iii) the balance of harms tips in Slazenger's favor, and (iv) a stay pending appeal will promote the public interest.

Dated: September 23, 2005
       Wilmington, Delaware

                              Zuckerman Spaeder LLP

                              By: _/s/ Elizabeth D. Power_
                              Thomas G. Macauley (ID No. 3411)
                              Elizabeth D. Power (ID No. 4135)
919 Market Street
Suite 990
Wilmington, DE 19801
(302) 427-0400

                              -and-

Schulte Roth & Zabel LLP
Michael L. Cook (MLC-7887)
Sophie S. Kim
919 Third Avenue
New York, New York 10022
(212) 756-2000

-and-

Haynsworth Sinkler Boyd, P.A.
Andrew J. White, Jr.
Jesse C. Belcher
75 Beattie Place
Two Liberty Square
Greenville, South Carolina 29601
(864) 240-3200

Counsel for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.