### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September 2005, copies of "Appellants' Designation of Record and Statement of Issues on Appeal" were sent in the manner indicated to:

BY HAND
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman
913 N. Market Street, 12th Floor
Wilmington, DE 19801

BY FEDEX
H. Jeffrey Schwartz, Esquire
Benesch, Friedlander Coplan
 and Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114

BY HAND
David L. Buchbinder, Esquire
United States Trustee
844 King Street, Room 2207
Lockbox No. 35
Wilmington, DE 19801

BY HAND
Todd C. Schiltz, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
1100 N. Market Street, Suite 1001
Wilmington DE 19801

BY HAND
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

BY FEDEX
Josef S. Athanas, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

BY FEDEX
Diana M. Thimmig, Esquire
Reotzel & Andress
1375 East 9th Street
One Cleveland Center, 10th Floor
Cleveland, OH 44114

BY FEDEX
Kimolos II, L.P.
22900 Center Ridge Road, # 216
Rocky River, OH 44116

BY FEDEX
William E. Coughlin
Calfee, Halter & Griswold LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688

BY FEDEX
Richard Bongorno, CFO
Zapis Capital Group LLC
26202 Detroit Road Suite 300
Westlake, OH 44145

_____
Elizabeth D. Power (ID No. 4135)