IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) ) ) ) ) ) | Civ. No. 05-CV-563 (GMS) Civ. No. 05-CV-688 (GMS) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| against | ) | |
| | ) | |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P.; ZAPIS CAPITAL; AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) ) ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE APPEALS

Upon consideration of the Joint Motion to Consolidate Appeals (the "Motion"); and it appearing that notice of the Motion was good and sufficient under the circumstances and that no further notice need be given; and after due deliberation thereon; and good cause appearing therefore; it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the appeals docketed at Civ. No. 05-CV-563 (GMS) and Civ. No. 05-CV-688 (GMS) are consolidated under Civ. No. 05-CV-563 (GMS).

Dated: _____, 2005
Wilmington, Delaware

_____
The Honorable Gregory M. Sleet
United States District Judge