**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

October 19, 2005
B-8-E

No. 05-4367

In Re: SGP Acquisition, LLC
Debtor

Slazengers Limited; Dunlop Slazenger International Limited;
Dunlop Sports Group Americas, Inc., Dunlop Slazenger Manufacturing LLC,
Appellants

v.

Creditors' Committee of SGP Acquisition, LLC; Provident Bank; Kimolos II, L.P.;
Zapis Capital; Benesch Friedlander Coplan & Aronoff, LLP
(D. Del. Civil No. 05-cv–563)

**Present:**     RENDELL, AMBRO and BECKER, Circuit Judges

1)  Clerk's Submission for Possible Dismissal of Appeal due to a Jurisdictional Defect.

2)  Response by Appellants to the Clerk's Letter Regarding Possible Dismissal.

3)  Brief of Appellee, SGP Acquisition, LLC in Support of Dismissal of Appeal due to Jurisdictional Defect.

4)  Joinder of Appellee, Committee of Unsecured Creditors to the Brief of Appellee, SGP Acquisition, in Support of Dismissal of Appeal due to Jurisdictional Defect.

5)  Appellants Motion for an Expedited Appeal.

6)  Brief in Opposition of Appellee, SGP Acquisition, LLC to Motion for Expedited Appeal.

7)  Joinder of Appellee, Committee of Unsecured Creditors, to the Brief in Opposition of Appellee, SGP Acquisition, LLC, to Motion for Expedited Appeal.

Page 2
In Re: SGP Acquisition, LLC
Docket No. 05-4367

    8)    Motion by Appellants to Excuse Compliance with Federal Rule of Appellate Procedure 30(b)(1).

    9)    Response of Appellee, SGP Acquisition, LLC in Opposition to Motion To Excuse Compliance with Federal Rule of Appellate Procedure 30(b)(1).

    10)    Motion of Appellee, SGP Acquisition, LLC for Extension of Time to file Brief Pending Resolution of Jurisdictional Question.

    /s/ Carmen M. Hernandez
    Carmen M. Hernandez
    Case Manager    267-299-4952

**O R D E R**

The foregoing appeal from the order denying stay is dismissed for lack of jurisdiction, and all other motions are denied as moot.

    By the Court,

    /s/ Marjorie O. Rendell
    Circuit Judge

Dated: October 28, 2005
CMH/cc: MLC, TGM, FAM, FBR



A True Copy:

Marcia M. Waldron, Clerk