## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC | ) | Case No. 04-13382 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) ) ) ) ) | Civil Action No. 05-00563 |
| Appellants | ) ) | |
| vs. | ) ) | |
| SGP ACQUISITION LLC; *et al.*, | ) ) | |
| Appellees. | | |

## **MEDIATOR'S REPORT**

The undersigned mediator, David B. Stratton, reports on the progress of the mediation as follows:

1. The parties participated in a mediation session on October 11, 2005, and actively and in good faith attempted to settle the appeal from the relevant Bankruptcy Court's ruling.

2. The mediator and the parties further continued settlement discussions thereafter.

3. Settlement discussions have reached an impasse and the parties wish to proceed with the appeal.

WL: #179644 v1 (3%M401!.DOC)

Dated: November 28, 2005                    MEDIATOR

*/s/ David B. Stratton*
David B. Stratton (Del Bar ID 960)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500