## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on December 1, 2005 a true and correct copy of the foregoing Mediator's Report was served via First Class Mail, postage pre-paid, upon the following:

Michael L. Cook, Esq.
Sophie Kim, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Mark A. Phillips, Esq.
Benesch Friedlander Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 North Orange Street
Suite 400
P.O. Box 2031
Wilmington, DE 19899-2031

David B. Stratton