IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re                                                           :    Case No. 04-13382 (PJW)
                                                                :
SGP ACQUISITION, LLC,                                           :    Chapter 11
                                                                :
                        Debtors.                                :
----------------------------------------------------------------x
SLAZENGERS LIMITED, et al.,                                     :
                                                                :
                        Appellants,                             :    Civ. No. 05-cv-00563-GMS
                                                                :
        v.                                                      :
                                                                :
SGP ACQUISITION, LLC, et al.,                                   :
                                                                :
                        Appellees.                              :
----------------------------------------------------------------x

## MOTION AND ORDER GRANTING
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Frederick B. Rosner, a member of the Bar of this Court, moves the admission pro hac vice of Mark A. Phillips to represent SGP Acquisition, LLC, et al. in this matter.

Dated: December 22, 2005                **JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, the U.S. District Court for Northern Ohio, U.S. District Court for Eastern Michigan, Sixth Circuit Court of Appeals and Federal Court of Appeals pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 23, 2005

Mark A. Phillips
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588