IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| SGP ACQUISITION, LLC, | ) | Case No. 04-13382 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SLAZENGERS LIMITED; DUNLOP SLAZENGER INTERNATIONAL LIMITED; DUNLOP SPORTS GROUP AMERICAS, INC.; DUNLOP SLAZENGER MANUFACTURING LLC, | ) ) ) ) ) | Civ. No. 05-CV-563 (GMS)<br>Civ. No. 05-CV-688 (GMS) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| against | ) | |
| | ) | |
| SGP ACQUISITION, LLC; CREDITORS' COMMITTEE OF SGP ACQUISITION, LLC; PROVIDENT BANK; KIMOLOS II, L.P.; ZAPIS CAPITAL; AND BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, | ) ) ) ) ) ) | |
| | ) | |
| Appellees. | ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the above-captioned appeals are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: November 28, 2006

_____
Thomas G. Macauley (ID No. 3411)
Elizabeth D. Power (ID No. 4135)
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
Wilmington, DE 19801
(302) 427-0400

_____
Laurie Polleck (ID No. 4300)
JASPAN SCHLESINGER HOFFMAN
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

| | |
|---|---|
| - and - | - and - |
| Michael L. Cook, Esquire<br>David M. Hillman, Esquire<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br><br>Attorneys for Slazengers Limited, Dunlop Slazenger International Limited, Dunlop Slazenger Manufacturing LLC and Dunlop Sports Group Americas, Inc. | Mark A. Phillips, Esquire<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635<br><br>Attorneys for SGP Acquisition, LLC |
| */s/ Francis A. Monaco, Jr.*<br>Francis A. Monaco, Jr. (ID No. 2078)<br>MONZACK AND MONACO, P.A.<br>1201 N. Orange Street, Ste. 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br>(302) 656-8162 | Mark A. Phillips, Esquire<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378<br>(216) 363-4635<br><br>Attorneys for Benesch, Friedlander, Coplan & Aronoff LLP |
| - and - | |
| Josef S. Athanas, Esquire<br>LATHAM & WATKINS<br>Suite 5800 Sears Tower<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Attorneys for the Creditors' Committee of SGP Acquisition, LLC | William E. Coughlin, Esquire<br>CALFEE, HALTER & GRISWOLD LLP<br>1400 McDonald Investment Ctr.<br>800 Superior Avenue<br>Cleveland, OH 44114-2688<br>(216) 622-8200<br><br>Attorneys for Kimolos II, L.P. and Zapis Capital |

IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

2

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

_____
Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

*/s/ Mark A. Phillips*
Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

_____
William E. Coughlin, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital


IT IS SO ORDERED this ____ day of November 2006.

_____
Clerk of the District Court
for the District of Delaware

2

- and -

Michael L. Cook, Esquire
David M. Hillman, Esquire
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

Attorneys for Slazengers Limited,
Dunlop Slazenger International
Limited, Dunlop Slazenger
Manufacturing LLC and Dunlop
Sports Group Americas, Inc.

---

Francis A. Monaco, Jr. (ID No. 2078)
MONZACK AND MONACO, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031
(302) 656-8162

- and -

Josef S. Athanas, Esquire
LATHAM & WATKINS
Suite 5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Attorneys for the Creditors' Committee of
SGP Acquisition, LLC

- and -

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for SGP Acquisition, LLC

---

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(216) 363-4635

Attorneys for Benesch, Friedlander, Coplan
& Aronoff LLP

/s/ James M. Lawniczak
James M. Lawniczak, Esquire
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Ctr.
800 Superior Avenue
Cleveland, OH 44114-2688
(216) 622-8200

Attorneys for Kimolos II, L.P. and Zapis
Capital

IT IS SO ORDERED this ____ day of November 2006.

---

Clerk of the District Court
for the District of Delaware

2