## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I electronically filed Stipulation of Dismissal with Prejudice with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Laurie Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Ste. 400
P.O. Box 2031
Wilmington, DE 19899-2031

Todd C. Schiltz, Esquire
Wolf, Block, Schorr
& Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

I hereby certify that on November 28, 2006, I have mailed by United States first class mail, postage prepaid, the Stipulation of Dismissal with Prejudice to the following non-registered participants:

Mark A. Phillips, Esquire
Benesch, Friedlander,
Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Josef S. Athanas, Esquire
Latham & Watkins
Suite 5800 Sears Tower
Chicago, IL 60606

William E. Coughlin, Esquire
Ronald M. McMillan, Esquire
James M. Lawniczak, Esquire
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Diana M. Thimmig, Esquire
Roetzel & Andress
1375 East 9th Street
One Cleveland Center
Cleveland, OH 44114

                                    */s/ Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400
bpower@zuckerman.com